EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2006 TSPR 52 |
| Peter Díaz Santiago | 167 DPR _____ |

Número del Caso: TS-11,007


Fecha: 5 de abril de 2006


Oficina de Inspección de Notarías:

> Lcda. Carmen H. Carlos
> Directora

Colegio de Abogados de Puerto Rico:

> Lcdo. Antonio Arraiza Miranda
> Presidente Comisión de Ética
>
> Lcda. María De Lourdes Rodríguez
> Oficial Investigadora
>
> Lcdo. José M. Montalvo Trías
> Director Ejecutivo

Oficina del Procurador General de Puerto Rico:

> Lcda. Noemí Rivera de León
> Procuradora General Auxiliar

Abogado de la Parte Peticionaria:

> Por Derecho Propio


Materia: Reinstalación al ejercicio de la abogacía y de la
        notaría.

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Peter Díaz Santiago                              TS-11007

RESOLUCIÓN

San Juan, Puerto Rico, a 5 de abril de 2006.

Habiendo transcurrido el término de suspensión de un (1) año del ejercicio de la abogacía del Sr. Peter Díaz Santiago, decretado mediante *Opinión Per Curiam y Sentencia* de fecha 4 de marzo de 2005, y en vista de que la Oficina de Inspección de Notarías nos ha informado que aprobó la obra notarial el 13 de febrero de 2006, y que el Colegio de Abogados y el Procurador General han expresado no tener objeción alguna a la reinstalación de éste, se accede a la *Moción en Solicitud de Reinstalación* al ejercicio de la abogacía y de la notaría, a partir de la notificación de la presente Resolución

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo